Untitled

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 1 3 2016

JULIA C. DUDLEY, CLERK
BY: _Carmistros_
DEPUTY CLERK

6:16cv57

Lynchburg Circuit Court
Office of the Clerk
P. O. Box 4
Lynchburg, VA 24505

Page 1

# VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF LYNCHBURG

Mr. Gary K. Miller, Sr.

       Plaintiff,

v.

Lincoln Financial Group

       Defendant.

Case # Unknown

CL 16-623

## COMPLAINT

---

Comes Now Mr. Gary K. Miller, Sr. through Counsel requesting this Honorable Court find that Lincoln Financial Group did breach a contractual agreement between Mr. Gary K. Miller Sr. and the Lincoln Financial Group.

In support of Mr. Gary K. Miller, Sr.'s legal position, Counsel Cites the following:

### Count 1-Breach of Contract

1. On February 28th, 1994 Mr. Gary K.. Miller, Sr. entered into a contract with Lincoln Financial Group, hereafter referred to as " LFG", to provide Mr. Miller, Sr. with a whole life insurance policy with a Disability Rider. See Exhibit A.

2. The Rider agreement between LFG and Mr. Gary K. Miller specifically stated that in the event Mr. Miller became disabled, and upon proof provided by Mr. Miller Sr., LFG would then pay Mr. Miller Srs. life insurance premiums for the period indicated in coverage his life. See Also Exhibit A.

3. Mr. Miller, who became disabled on or around December 1, 2011, submitted documents to LFG, indicating he had become disabled, but the company never honored the Rider agreement, instead claiming that Mr. Miller Srs. Life insurance policy was valueless, that he needed to be underwritten to a new policy, and claiming he never submitted proper proof of his disability. See Also Exhibit B.

4. LFG never reinstated Mr. Miller, Sr. to any additional life insurance policy. See Exhibit B

5. On or around March 21, 2012, the insurance policy became valueless as Lincoln Financial invested poorly, leading to a total loss of the policy premiums. See Also Exhibit B.

1

Wherefore, as a result of the Contractual agreement between the parties, the breach of that agreement by LFG, Mr. Gary K. Miller Sr. has suffered irreparable damages by the willful breach of contract by LFG. The replacement policy offered was at a rate Mr. Miller could not afford and he was unable to obtain a like policy on the open market. Since the breach of contract occurred, Mr. Miller Sr. has been uninsured.

As a result of the breaching party not honoring the Rider agreement, Mr. Miller has suffered financial loss, damages that are incalculable, and suffered the loss of financial peace in the event of his death. Due to the egregious nature of the breach, we also seek punitive damages. Every breach of contract gives the injured party a right to damages against the party in breach. U.S. v. Winstar Corp., 518 U.S. 839, 116 S.Ct. 2432 (1996).

## Count II-Breach of Fiduciary Responsibility

1. Mr. Miller's policy was canceled after LFG and its agent, Patrick Horne learned of Mr. Miller, Srs. disability.
2. Mr. Horne, without cause, withheld Mr. Miller Srs. insurance premium payment for a period of at least two weeks before returning such payment back to Mr. Miller, Sr.
3. Mr. Horne's refusal to submit such premiums caused Mr. Gary Miller's policy to be canceled for non-payment reasons according to LFG.
4. The undue delay and subsequent refusal to submit such payment premiums to LFG amount to negligence and constitute a serious breach of fiduciary responsibility, as Mr. Horne was an agent of LFG tasked with servicing Mr. Miller's policy.
5. Furthermore, Mr. Miller's twenty year payment to the policy were invested in a fund that issued no returns, wasn't monitored by company agents, and was squandered without explanation or notice to Mr. Miller until the policy had a negative value.

## Count III-Negligence

1. Mr. Horne, an agent of LFG, had a duty to turn over all policy premium payments submitted by LFG's insured parties to the company.
2. Mr. Horne, upon breaching his responsibility to submit the policy premium to LFG, failed in his duty as an agent of LFG and failed to serve the interests of Mr. Miller.
3. That failure to submit the policy premium, in part, played a significant role in causing Mr. Miller's policy to be canceled.
4. As a result of the failure to submit the policy premium, Mr. Miller suffered loss of insurance for an extended period of time, financial loss, financial peace of mind and incalculable damages.

2

After a period of close to 20 years of paying premiums to LFG, Mr. Miller Srs. disability, and the fact that LFG refused to honor a policy underwritten by LFG, Mr. Miller Sr. seeks a monetary award in the amount of $122,000.

We ask for $72,000 which is estimated to be the replacement value of the premiums Mr. Miller would have been entitled to if the Rider agreement would have been honored up until Mr. Miller's 80th birthday or death, and we ask this Court for an award of an additional $50,000 for punitive damages for the breach and for attorney fees as Mr. Miller comes to the Court with clean hands and in no way played a part in having to seek legal recourse for the breaching party's actions.

Wherefore, we pray that judgment be entered against LFG for an amount of $122,000 and we ask the Court to entertain any and all other relief as the Court sees fit.

Humbly Submitted,

Brent Barbour, Esq.
Virginia Bar #86467
434-420-5990

## Certificate of Service

I, Brent Barbour, Esq. do solemnly swear that I have mailed first class USPS, a true and exact copy of this complaint to LFG at 9030 Stony Point Parkway, Ste. 590, Richmond, Virginia 23235.

VALIDATE CASE PAPERS
RCPT : 16000016667
DATE : 08/17/16 TIME: 14:56
CASE : 680CL16000623-00
ACCT : MILLER, GARY K, SR
AMT. :      $308.00

3



Plaintiff's Exhibit A

# Lincoln Financial Group

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

Prepared for: GARY K MILLER SR
Male Age 40

Policy Number JP4294798   Issued 02/28/1994

Presented by: Lincoln Financial Group - VDD

| Benefit(s) | Class | Protection | Age | Yr Issue | Yrs Run |
|---|---|---|---|---|---|
| UNIVERSAL LIFE | Non-Tobacco-User | $150,000 B-Level | 40M | 1 | 55 |
| Disability Waiver | | | 40M | 1 | 25 |

*The initial illustrated premium is $308.87 paid monthly.*

## END OF YEAR PROJECTED VALUES

| | Premium Outlay For Year | End Of Yr Age | Withdrwl For Year | Loan Or Repaymt | Interest Credited To Loan | Interest Charged To Loan | Net Cost | Total Loan | Based On Guaranteed Charges And Interest At 4.50% Surr Value | Policy Value | Death Benefit | Based On Non-Guar Charges And Int At 4.50% Surr Value | Policy Value | Current Death Benefit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yr | | | | | | | | | | | | | | |
| 19 | 3398 | 59 | 0 | 199 | 321 | 122 | 4707 | 1609 | 6316 | 142257 | 2252 | 6960 | 142257 |
| 20 | 3706 | 60 | 0 | 215 | 376 | 161 | 5083 | 3144 | 8227 | 141881 | 4532 | 9616 | 141881 |
| 21 | 3706 | 61 | 0 | 229 | 229 | 0 | 5312 | 4936 | 10248 | 141652 | 7082 | 12394 | 141652 |
| 22 | 3706 | 62 | 0 | 239 | 239 | 0 | 5551 | 6654 | 12205 | 141413 | 9673 | 15224 | 141413 |
| 23 | 3706 | 63 | 0 | 250 | 250 | 0 | 5801 | 8275 | 14077 | 141163 | 12289 | 18091 | 141163 |
| 24 | 3706 | 64 | 0 | 261 | 261 | 0 | 6063 | 9767 | 15830 | 140901 | 14952 | 21016 | 140901 |
| 25 | 3706 | 65 | 0 | 273 | 273 | 0 | 6336 | 11099 | 17435 | 140628 | 17667 | 24003 | 140628 |
| 26 | 3706 | 66 | 0 | 285 | 285 | 0 | 6621 | 12462 | 19084 | 140343 | 20545 | 27166 | 140343 |
| 27 | 3706 | 67 | 0 | 298 | 298 | 0 | 6919 | 13620 | 20540 | 140045 | 23454 | 30374 | 140045 |
| 28 | 3706 | 68 | 0 | 312 | 312 | 0 | 7231 | 14540 | 21771 | 139733 | 26404 | 33636 | 139733 |
| 29 | 3706 | 69 | 0 | 326 | 326 | 0 | 7557 | 15185 | 22742 | 139407 | 29357 | 36914 | 139407 |
| 30 | 3706 | 70 | 0 | 340 | 340 | 0 | 7897 | 15509 | 23407 | 139067 | 32369 | 40267 | 139067 |
| 31 | 3706 | 71 | 0 | 356 | 356 | 0 | 8253 | 15441 | 23694 | 138711 | 35393 | 43647 | 138711 |
| 32 | 3706 | 72 | 0 | 372 | 372 | 0 | 8625 | 14891 | 23516 | 138339 | 38453 | 47078 | 138339 |
| 33 | 3706 | 73 | 0 | 388 | 388 | 0 | 9013 | 13740 | 22753 | 137951 | 41533 | 50546 | 137951 |
| 34 | 3706 | 74 | 0 | 406 | 406 | 0 | 9419 | 11836 | 21256 | 137545 | 44638 | 54057 | 137545 |
| 35 | 3706 | 75 | 0 | 424 | 424 | 0 | 9843 | 9004 | 18848 | 137121 | 47762 | 57606 | 137121 |
| 36 | 3706 | 76 | 0 | 443 | 443 | 0 | 10287 | 5057 | 15345 | 136677 | 50898 | 61186 | 136677 |
| 37 | 2886@ | 77 | 0 | 463 | 463 | 0 | 10750 | 0 | 0 | 0 | 53281 | 64031 | 136214 |
| 38 | 2169@ | 78 | 0 | 484 | 484 | 0 | 11234 | 0 | 0 | 0 | 54854 | 66089 | 135730 |
| 39 | 2169@ | 79 | 0 | 506 | 506 | 0 | 11740 | 0 | 0 | 0 | 56289 | 68030 | 135224 |
| 40 | 2169@ | 80 | 0 | 529 | 529 | 0 | 12269 | 0 | 0 | 0 | 57562 | 69832 | 134695 |
| 41 | 2169@ | 81 | 0 | 553 | 553 | 0 | 12822 | 0 | 0 | 0 | 58541 | 71363 | 134142 |
| 42 | 2169@ | 82 | 0 | 578 | 578 | 0 | 13399 | 0 | 0 | 0 | 59314 | 72714 | 133565 |
| 43 | 2169@ | 83 | 0 | 604 | 604 | 0 | 14003 | 0 | 0 | 0 | 59815 | 73819 | 132961 |
| 44 | 2169@ | 84 | 0 | 631 | 631 | 0 | 14634 | 0 | 0 | 0 | 59941 | 74576 | 132330 |
| 45 | 2169@ | 85 | 0 | 659 | 659 | 0 | 15293 | 0 | 0 | 0 | 59664 | 74958 | 131671 |
| 46 | 2169@ | 86 | 0 | 689 | 689 | 0 | 15982 | 0 | 0 | 0 | 58831 | 74813 | 130982 |
| 47 | 2169@ | 87 | 0 | 720 | 720 | 0 | 16702 | 0 | 0 | 0 | 57479 | 74181 | 130262 |
| 48 | 2169@ | 88 | 0 | 752 | 752 | 0 | 17454 | 0 | 0 | 0 | 55320 | 72774 | 129510 |
| 49 | 2169@ | 89 | 0 | 786 | 786 | 0 | 18240 | 0 | 0 | 0 | 52272 | 70512 | 128724 |

**Based on Guaranteed values the coverage expires in year 37 month 11.**

@ The premium has been decreased in order to comply with IRS Guidelines.

Non-guaranteed benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the Company. Actual results may be more or less favorable.

This is an illustration, not a contract, and is not complete without all pages.

Prepared on March 21, 2012          Page 1 of 7          AGT #:1024639/JP0411

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 5 of 38   Pageid#: 65

# Lincoln Financial Group

**Universal Life UL3**
**Form 88-135**
**Flexible Premium Adjustable**
**Endowment at Age 95**
**Life Insurance Illustration**

Prepared for: GARY K MILLER SR
Male Age 40

Policy Number JP4294798   Issued 02/28/1994

Presented by: Lincoln Financial Group - VDD

## END OF YEAR PROJECTED VALUES

| Yr | Premium Outlay For Year | End Of Yr Age | Withdrwl For Year | Loan Or Repaymt | Interest Credited To Loan | Interest Charged To Loan | Net Cost | Total Loan | Based On Guaranteed Charges And Interest At 4.50% Surr Value | Policy Value | Death Benefit | Based On Non-Guar Charges And Int At 4.50% Surr Value | Current Policy Value | Death Benefit |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 50 | 2169@ | 90 | | 0 | 822 | 822 | 0 | 19062 | 0 | 0 | 0 | 48279 | 67341 | 127902 |
| 51 | 2169@ | 91 | | 0 | 859 | 859 | 0 | 19920 | 0 | 0 | 0 | 43142 | 63063 | 127044 |
| 52 | 2169@ | 92 | | 0 | 897 | 897 | 0 | 20817 | 0 | 0 | 0 | 36467 | 57285 | 126147 |
| 53 | 2169@ | 93 | | 0 | 938 | 938 | 0 | 21755 | 0 | 0 | 0 | 27739 | 49494 | 125209 |
| 54 | 2169@ | 94 | | 0 | 980 | 980 | 0 | 22735 | 0 | 0 | 0 | 16286 | 39022 | 124229 |
| 55 | 2169@ | 95 | | 0 | 1024 | 1024 | 0 | 23759 | 0 | 0 | 0 | 743 | 24503 | 123205 |

**Based on Guaranteed values the coverage expires in year 37 month 11.**

@ The premium has been decreased in order to comply with IRS Guidelines.

Non-guaranteed benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the Company. Actual results may be more or less favorable.

This is an illustration, not a contract, and is not complete without all pages.

# IMPORTANT NOTICE:

We are happy to provide inforce illustrations as a courtesy to our customers. Please recognize that illustrations do not change the terms of your existing policy. If you discover an informational error in the illustration, we can supply a correct one. Please contact Lincoln Financial Group at 1-800-467-148.

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 6 of 38   Pageid#: 66

**Lincoln Financial Group**

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

| | | | |
|---|---|---|---|
| Prepared for: | GARY K MILLER SR<br>Male Age 40 | Presented by: | Lincoln Financial Group - VDD |
| | | Policy Number JP4294798    Issued 02/28/1994 | |

## EXPLANATION OF ILLUSTRATED BENEFITS

**Universal Life UL3**
A universal life insurance product that combines life insurance protection with a policy value that earns interest on a tax-deferred basis. There is no fixed premium requirement. You may vary the amount and timing of your payments, within certain minimum and maximum premium limits. You may increase the amount of life insurance protection (subject to evidence of insurability) or decrease it (subject to minimums) after the policy has been in force one year. Withdrawals of policy value or decreases in life insurance protection may generate taxable income.

This policy has been assumed by The Lincoln National Life Insurance Company.

The above assumes $    4,467.46 as the beginning fund balance and assumes $    12,072.93 as the total premiums paid, less any withdrawals, to date and begins showing premiums as of the next premium due date on or after 3/21/2012. The above assumes a loan balance of    $4,386.07.

Activity
Yr  14 mth  4,     3036.00 decrease in insurance amount; occuring     1 year.

**Disability Waiver Benefit Rider**
In the event that you become totally disabled for a period of at least four or more consecutive months and such disability occurs before the policy anniversary nearest your 65th birthday, this rider provides that monthly deductions for insurance costs, administrative fees and the costs of any other benefits or coverages will be waived for the period indicated below.

1. If your disability begins before age 60, monthly deductions will be waived while you are disabled.
2. If your disability begins between ages 60 and 63, monthly deductions will be waived while you are disabled up to age 65.
3. If your disability begins between ages 63 and 65, monthly deductions due during the next 24 months will be waived while you are disabled.

The policy value remains intact during your disability and continues to accumulate on a tax-deferred basis at the interest rate then in effect. Deductions made during the initial four-month waiting period will be restored to the policy value. The cost for this benefit is deducted monthly from the policy value.

Case 6:16-cv-00057-NKM-RSB    Document 10    Filed 10/13/16    Page 7 of 38    Pageid#: 67

**Lincoln Financial Group**

**Universal Life UL3**
**Form 88-135**
**Flexible Premium Adjustable**
**Endowment at Age 95**
**Life Insurance Illustration**

Prepared for:  GARY K MILLER SR            Presented by:   Lincoln Financial Group - VDD
Male Age 40            Policy Number JP4294798   Issued 02/28/1994

## DEFINITIONS OF IMPORTANT TERMS

**Class:**  This illustration assumes the policy is issued with the following classification(s):

Client: Non-Tobacco-User

The actual underwriting class will be assigned when the application is reviewed in accordance with the Company's underwriting standards.  If the policy's actual underwriting class differs from that shown above, premiums and/or values will vary from those illustrated.  If so, you will receive a revised illustration.

**Protection:**  The amount of insurance provided by each illustrated benefit and rider.  See the Explanation of Illustrated Benefits page of this illustration for more information.  Death Benefit Option B is a level death benefit option.  Under this option, the amount payable at death is the larger of the policy face amount or a percentage of the policy value.  At higher ages, depending upon the policy value which has accumulated, the death benefit can exceed the face amount.

**Age:**  The covered individual's age as of the birthday nearest the issue date of the benefit or rider.

**Yr Issue:**  The policy year in which the benefit or rider coverage begins.

**Yrs Run:**  The number of policy years for which the benefit or rider coverage continues.

**Expiration Year(s):**  Based on illustrated premiums, guaranteed charges and guaranteed interest, coverage will cease in the policy year shown beneath the "Guaranteed Death Benefit" column.  Assuming illustrated premiums, current charges and current interest rate, coverage will cease in the year shown beneath the "Non-Guaranteed Current Death Benefit" column.

## GENERAL INFORMATION

**Non-Guaranteed Values**
This illustration assumes that the currently illustrated non-guaranteed elements will continue unchanged for all years shown.  This is not likely to occur, and actual results may be more or less favorable than those shown. If actual results are less favorable, the policy owner may need to pay higher premiums than those shown, or resume premium outlays during years in which zero premium outlay is shown.

**7-Pay Premium**
This in-force illustration does not test for the Modified Endowment Contract (MEC) limitation.  Such testing was done when the policy was originally issued and will be re-done at the Home Office at the time of any change.  Under current tax law, premiums that exceed the MEC limit could subject the policy to taxation of cash withdrawals or loans.

**Tax Advice**
This illustration does not provide tax advice.  We recommend you discuss the tax implications of this policy with your tax advisor.

**This illustration was prepared for presentation in Virginia.**

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 8 of 38   Pageid#: 68

# Lincoln Financial Group

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

Prepared for: GARY K MILLER SR     Policy Number JP4294798    Issued 02/28/1994    Presented by:   Lincoln Financial Group - VDD
Male Age 40

## DEFINITIONS OF COLUMN HEADINGS

**Yr:** The policy year or duration since issue of the policy.

**Premium Outlay for Year:** The total premium assumed to be paid each policy year. There is no fixed premium requirement, but there are upper and lower premium limits. The following premiums are based on the illustrated coverage amount at issue; later changes to the policy's benefits, whether illustrated or not, may alter the policy's premium limits.

The upper premium limit is the sum of Guideline Level Premiums for all years to that point or the Guideline Single Premium, whichever is greater. Guidelines are limits imposed by the Internal Revenue Service to prevent the policy from losing the tax advantages of life insurance.

For the first 180 policy months, the minimum monthly premium is the higher of $.00 or the amount required to maintain a positive policy value. After 180 policy months, the minimum premium is the amount required to maintain a positive surrender value.

You may vary the amount and timing of your planned premium payments as long as the minimum premium requirements are met. This may include the termination of premium payments if policy values are sufficient to pay policy charges.

Charges will be deducted from the policy value in all years. The policy value must be adequate to cover all charges if the policy is to remain in force.

**End of Yr Age:** The insurance age, which is the insured's age as of the birthday nearest the policy's issue date, plus the number of years since issue.

**Withdrwl for Year:** The amount of cash disbursement from the policy value in the year shown.

**Loan or Repayment:** The amount borrowed from the policy value, or if a negative number the amount of debt repaid, in the year shown. Loans are illustrated as of the beginning of the year.

**Interest Charged to Loan; Interest Credited to Loan:** The interest charged on policy loans is 8% per annum and that portion of the policy value is currently being credited with 4.50%, for a 3.50% net cost. Beginning in policy year 11, up to 10% of the net policy value may be borrowed each year as a "Preferred Loan" with a "zero net cost" feature. The interest rate charged and credited on Preferred Loans is equal to the guaranteed interest rate. After 20 policy years, all policy values are available with the zero net cost feature.

**Net Cost:** The difference between the interest charged and credited to the loan in the year shown.

**Total Loan:** The total amount of policy debt including interest accumulated through the year shown.

**Surrender Value:** The amount of money the policy owner can receive at the end of the year shown by canceling the policy. The surrender value is equal to the policy value minus any surrender charge and any policy loans.

Surrender values reflect loan activity as shown on the Loan Summary.

**Policy Value:** The amount of the policy's fund at the end of the year shown. The policy's interest credits are based on this amount.

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 9 of 38   Pageid#: 69

# Lincoln Financial Group

**Universal Life UL3**
**Form 88-135**
**Flexible Premium Adjustable**
**Endowment at Age 95**
**Life Insurance Illustration**

Prepared for:   GARY K MILLER SR                     Presented by:   Lincoln Financial Group – VDD
                Male Age 40      Policy Number  JP4294798    Issued  02/28/1994

## DEFINITIONS OF COLUMN HEADINGS

**Death Benefit:** The amount payable assuming the death of the primary insured at the end of the policy year shown.

Death benefits reflect loan activity as shown on the Loan Summary.

At age 95, the company will pay to the insured an endowment benefit equal to the surrender value.

**Based On Guaranteed Charges and Interest at 4.50%:** The amount charged for life insurance coverage is limited to the maximum amount per $1,000 printed in the policy. The interest rate credited on policy values cannot be less than 4.50% per year. The Surrender Value, Policy Value and Death Benefit in this section assume that the maximum charges apply and that only the guaranteed interest rate is credited for all projected years.

**Based On Non-Guaranteed Current Charges and Interest at 4.50%:** The Surrender Value, Policy Value and Death Benefit in this section are not guaranteed. They assume that the current charges for life insurance coverage and the illustrated interest rate continue unchanged for all years shown. This is not likely to occur. The assumptions on which these values are based are subject to change by the Company. Actual results may be more or less favorable.

The Company currently charges less for life insurance coverage than the maximum amount per $1,000 printed in the policy.

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 10 of 38   Pageid#: 70

**Lincoln Financial Group**

Universal Life UL3
Form BB-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

| | | | | | |
|---|---|---|---|---|---|
| Prepared for: | GARY K MILLER SR | | | Presented by: | Lincoln Financial Group - VDD |
| | Male Age 40 | Policy Number JP4294798 | Issued 02/28/1994 | | |

## STATEMENTS TO BE SIGNED

### Owner/Applicant

I have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The agent has told me they are not guaranteed.

_____          _____
Owner/Applicant Signature                                                    Date

### Agent

I certify that this illustration has been presented to the applicant and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustration.

_____          _____
Agent Signature                                                                   Date

| | | | |
|---|---|---|---|
| Presented by: | Lincoln Financial Group - VDD, Infor | Home Office: | The Lincoln National Life Insurance Comp |
| | 100 N Greene Street | | 100 North Greene Street |
| | Greensboro, NC 27401 | | P.O. Box 21008 |
| | | | Greensboro, NC 27420 |

**Signed illustration must be submitted with application.**

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 11 of 38   Pageid#: 71

*Exhibit B*

# COMMONWEALTH OF VIRGINIA

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION COMMISSION
BUREAU OF INSURANCE

P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9741
TDD/VOICE: (804) 371-9206
www.scc.virginia.gov/boi

July 8, 2015

Gary K. Miller
208 Chesterfield Rd
Lynchburg VA 24502-2731

File Number: 91164

Dear Mr. Miller:

This letter is in follow up to your recent inquiry to our office regarding Patrick Horne, and your information to him regarding your disability, and your disability policy through Lincoln National Life Insurance Company (Lincoln National). We have reviewed the responses from the agent and from Lincoln National, and can now offer the following.

Lincoln National maintains its position in regard to your previous complaint matter, and that your policy became over loaned and was no longer able to sustain the same amount of premium that you continued to submit. The company further maintains that you did have a Disability Waiver Benefit Rider on your policy, subject to the terms of the Rider. The Rider states that upon receipt of "due proof of the total disability of the Insured, the monthly deductions for this policy will be waived. The company; however, never received any documentation about your disability.

In regard to the agent's statement, Mr. Horne states that you never told him about your disability. More specifically, his exact words are "One thing I can say with conviction is that I want you to please let the record reflect this person never told me about any kind of "Disability" – impending, existing or otherwise – ever." It is important to note that your statement and Mr. Horne's statement are not in agreement; as such, we are not certain of the facts regarding this matter and our office cannot make a determination. Please also realize that matters relating to statements of fact are handled in a court of law, and not by this office. To pursue matters regarding the agent's statement, please contact an attorney and be guided by any legal advice provided.

Mr. Miller, we spoke on the phone, and it appears that your disability occurred prior to January 2014, or prior to the lapse in your policy. Lincoln National is sending disability forms out for you and your doctor to complete; however, if you have not received the forms by the time you receive this letter please contact our office. Lincoln National's response implied that the policy lapsed before your disability; however, this is questionable at this time.

Our review is now complete; however, please submit the disability forms to our office as soon as possible. We trust that we have been of assistance to you.

Sincerely,

*Bilie D. White*

Bilie D. White, FLMI, AIE, ACS
Senior Insurance Market Examiner
Life and Health Division
Telephone No. (804) 371-9393
Toll-Free (877) 310-6560
Fax (804) 371-9944

# COVER SHEET FOR FILING CIVIL ACTIONS

COMMONWEALTH OF VIRGINIA

Case No. _____
(CLERK'S OFFICE USE ONLY)

_Lynchburg_ _____ Circuit Court

_Gary  Miller Sr._ v./In re: _Lincoln Financial Group_
PLAINTIFF(S)                                                           DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [ ] attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Counterclaim
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court

**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[✓] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment

**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
    [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights

**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[✓] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

## ADMINISTRATIVE LAW

[ ] Appeal/Judicial Review of Decision of (select one)
    [ ] ABC Board
    [ ] Board of Zoning
    [ ] Compensation Board
    [ ] DMV License Suspension
    [ ] Employee Grievance Decision
    [ ] Employment Commission
    [ ] Local Government
    [ ] Marine Resources Commission
    [ ] School Board
    [ ] Voter Registration
    [ ] Other Administrative Appeal

## DOMESTIC/FAMILY

[ ] Adoption
    [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
    [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
    [ ] Complaint – Contested*
    [ ] Complaint – Uncontested*
    [ ] Counterclaim/Responsive Pleading
    [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
    [ ] Separate Maintenance Counterclaim

## WRITS

[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS

[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
    [ ] Guardian/Conservator
    [ ] Standby Guardian/Conservator
    [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
    [ ] Impress/Declare
    [ ] Reformation
[ ] Will (select one)
    [ ] Construe
    [ ] Contested

## MISCELLANEOUS

[ ] Appointment (select one)
    [ ] Church Trustee
    [ ] Conservator of Peace
    [ ] Marriage Celebrant
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
    [ ] Reinstatement pursuant to § 46.2-427
    [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of U.S. Currency
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
    [ ] Correct Erroneous State/Local
    [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

[✓] Damages in the amount of $ _122,000_ are claimed.

[ ] PLAINTIFF [ ] DEFENDANT [✓] ATTORNEY FOR [ ] PLAINTIFF [ ] DEFENDANT

_Brent Barbour_
DATE / PRINT NAME

_700 12th Street_
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

_Lynchburg VA 24504_

_Brentbarbour@gmail.com_
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 10/14

**VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF LYNCHBURG**

GARY K. MILLER, SR.,

       Plaintiff,

    v.                                      Case No.: CL 16-623

LINCOLN FINANCIAL GROUP,

       Defendant.

## NOTICE FILING OF NOTICE OF REMOVAL

Please take notice that Defendant The Lincoln National Life Insurance Company, incorrectly named as "Lincoln Financial Group," by and through its attorney, has filed a Notice of Removal of the above-styled matter in the United States District Court for the Western District of Virginia, Lynchburg Division, in accordance with the provisions of 28 U.S.C. §§ 1332 and 1441(b), on the 4th day of October 2016. Attached hereto and made a part hereof is a true copy of the Notice of Removal.

    This the 4th day of October, 2016.

                                     Respectfully submitted,

                                        _____

                                        Whit D. Pierce
                                        VA Bar No. 82520
                                        SMITH MOORE LEATHERWOOD LLP
                                        300 N. Greene Street, Suite 1400
                                        Greensboro, North Carolina 27401
                                        Telephone: (336) 378-5200
                                        Facsimile: (336) 378-5400
                                        E-mail: whit.pierce@smithmoorelaw.com
                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4th, 2016, I served counsel for all parties by depositing a copy of the foregoing Notice of Filing of Notice of Removal in the United States mail, first class, postage prepaid, addressed to the following counsel of record as follows:

Brent Barbour
700 12th Street
Lynchburg, VA 24504
*Attorney for Plaintiff*

_____
Whit D. Pierce
VA Bar No. 82520
*Attorney for Defendant*

FILED IN THE CLERK'S OFFICE OF THE CIRCUIT
COURT OF THE CITY OF LYNCHBURG

DATE __10|4||6__ TIME __1:53p__ __M.
TESTE: EUGENE C. WINGFIELD, CLERK

BY: _____JMM_____ Dep. Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| GARY K. MILLER, SR., <br><br> Plaintiff, <br><br> v. <br><br> LINCOLN FINANCIAL GROUP <br><br> Defendant. | **NOTICE OF REMOVAL** <br><br> Civil Action No.: _____ <br><br> JURY TRIAL DEMANDED |

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant The Lincoln National Life Insurance Company ("Lincoln"), incorrectly named as "Lincoln Financial Group," hereby gives notice of the removal of this cause of action from the Circuit Court for the City of Lynchburg, Virginia, to the United States District Court for the Western District of Virginia. In support of this Notice of Removal, Lincoln shows the Court as follows:

1.  On or about August 17, 2016, Plaintiff Gary K. Miller, Sr. ("Plaintiff") filed a Complaint against Lincoln in the Circuit Court for the City of Lynchburg, Virginia. The action is entitled <u>Mr. Gary K. Miller, Sr. v. Lincoln Financial Group</u>, Civil Action No. CL 16-623.

2.  Upon information and belief, Plaintiff is a citizen and resident of Lynchburg, Virginia.

3.  Lincoln is an Indiana corporation with its principal place of business in Radnor, Pennsylvania.

4.  The Complaint seeks damages in an amount of $122,000.

5.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) based on complete diversity of citizenship because: (1) there is complete diversity of

citizenship between Plaintiff and Lincoln; and (2) the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6.      Accordingly, this action is removable under 28 U.S.C. § 1441 because: (1) this Court has original jurisdiction under 28 U.S.C. § 1332(a) based on complete diversity of citizenship, and (2) Lincoln is not a citizen of Virginia.

7.      This action was served on Lincoln on or after September 13, 2016. Thus, the thirtieth day following service of the Summons and Complaint is on or after October 13, 2016. Accordingly, Lincoln is timely removing this action in accordance with 28 U.S.C. § 1446(b).

8.      Venue is appropriate in the Western District of Virginia pursuant to 28 U.S.C. § 1441(a) because Lynchburg, the place where this action is pending, is located in the Western District of Virginia.

9.      Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal in the United States District Court for the Western District of Virginia, Lincoln will give notice of the filing of this Notice of Removal to the Circuit Court for the City of Lynchburg, Virginia, and to Plaintiff through his attorney.

10.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Lincoln in this action is attached hereto as Exhibit A.

WHEREFORE, Defendant The Lincoln National Life Insurance Company prays that the action now pending against it proceed in this Court as an action properly removed.

This the 4th day of October, 2016.

/s/ Whit D. Pierce
Whit D. Pierce
VA Bar No. 82520
N.C. State Bar No. 46327

SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
E-mail: whit.pierce@smithmoorelaw.com

*Attorney for Defendant The Lincoln National Life*
*Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4th, 2016, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF and served counsel for all parties by depositing a copy in the United States mail, first class, postage prepaid, addressed to the following counsel of record as follows:

> Brent Barbour
> 700 12th Street
> Lynchburg, VA 24504
> *Attorney for Plaintiff*

/s/ Whit D. Pierce
Whit D. Pierce
*Attorney for Defendant The Lincoln National Life Insurance Company*

FILED IN THE CLERK'S OFFICE OF THE CIRCUIT
COURT OF THE CITY OF LYNCHBURG
DATE 10/4/16      TIME 1:53p   .M.
TESTE: EUGENE C. WINGFIELD, CLERK
BY: _____JMM_____ Dep. Clerk

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff   Campbell
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brent Barbour
700 12th Street
Lynchburg, VA 24504

Attorneys *(If Known)*
Whit D. Pierce
300 N. Greene Street, Suite 1400
Greensboro, NC 27401

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
     Plaintiff

☐ 3  Federal Question
     *(U.S. Government Not a Party)*

☐ 2  U.S. Government
     Defendant

☒ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
    Proceeding

☒ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    Another District
    *(specify)*

☐ 6 Multidistrict
    Litigation -
    Transfer

☐ 8 Multidistrict
    Litigation -
    Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1441 and 1332
Brief description of cause:
Breach of contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
10/04/2016

SIGNATURE OF ATTORNEY OF RECORD
/s/Whit D. Pierce

**FOR OFFICE USE ONLY**

RECEIPT #   0423-2543230   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# EXHIBIT A

# COMMONWEALTH OF VIRGINIA



LYNCHBURG CIRCUIT COURT
Civil Division
900 COURT STREET P. O. BOX 4
LYNCHBURG VA 24505
(434) 455-2620

Summons

To: LINCOLN FINANCIAL GROUP
9030 STONY POINT PARKWAY
STE 590
RICHMOND VA 23235

Case No. 680CL16000623-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Wednesday, August 17, 2016

Clerk of Court: EUGENE C. WINGFIELD

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:    BARBOUR, BRENT

# VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF LYNCHBURG

Mr. Gary K. Miller, Sr.

        Plaintiff,

v.

Lincoln Financial Group

        Defendant.

Case # Unknown

CL 16-623

## COMPLAINT

---

       Comes Now Mr. Gary K. Miller, Sr. through Counsel requesting this Honorable Court find that Lincoln Financial Group did breach a contractual agreement between Mr. Gary K. Miller Sr. and the Lincoln Financial Group.

       In support of Mr. Gary K. Miller, Sr.'s legal position, Counsel Cites the following:

### Count 1-Breach of Contract

1. On February 28th, 1994 Mr. Gary K.. Miller, Sr. entered into a contract with Lincoln Financial Group, hereafter referred to as " LFG", to provide Mr. Miller, Sr. with a whole life insurance policy with a Disability Rider. See Exhibit A.

2. The Rider agreement between LFG and Mr. Gary K. Miller specifically stated that in the event Mr. Miller became disabled, and upon proof provided by Mr. Miller Sr., LFG would then pay Mr. Miller Srs. life insurance premiums for the period indicated in coverage his life. See Also Exhibit A.

3. Mr. Miller, who became disabled on or around December 1, 2011, submitted documents to LFG, indicating he had become disabled, but the company never honored the Rider agreement, instead claiming that Mr. Miller Srs. Life insurance policy was valueless, that he needed to be underwritten to a new policy, and claiming he never submitted proper proof of his disability. See Also Exhibit B.

4. LFG never reinstated Mr. Miller, Sr. to any additional life insurance policy. See Exhibit B

5. On or around March 21, 2012, the insurance policy became valueless as Lincoln Financial Invested poorly, leading to a total loss of the policy premiums. See Also Exhibit B.

1

Wherefore, as a result of the Contractual agreement between the parties, the breach of that agreement by LFG, Mr. Gary K. Miller Sr. has suffered irreparable damages by the willful breach of contract by LFG. The replacement policy offered was at a rate Mr. Miller could not afford and he was unable to obtain a like policy on the open market. Since the breach of contract occurred, Mr. Miller Sr. has been uninsured.

As a result of the breaching party not honoring the Rider agreement, Mr. Miller has suffered financial loss, damages that are incalculable, and suffered the loss of financial peace in the event of his death. Due to the egregious nature of the breach, we also seek punitive damages. Every breach of contract gives the injured party a right to damages against the party in breach. <u>U.S. v. Winstar Corp.</u>, 518 U.S. 839, 116 S.Ct. 2432 (1996).

## Count II-Breach of Fiduciary Responsibility

1. Mr. Miller's policy was canceled after LFG and its agent, Patrick Horne learned of Mr. Miller, Srs. disability.
2. Mr. Horne, without cause, withheld Mr. Miller Srs. insurance premium payment for a period of at least two weeks before returning such payment back to Mr. Miller, Sr.
3. Mr. Horne's refusal to submit such premiums caused Mr. Gary Miller's policy to be canceled for non-payment reasons according to LFG.
4. The undue delay and subsequent refusal to submit such payment premiums to LFG amount to negligence and constitute a serious breach of fiduciary responsibility, as Mr. Horne was an agent of LFG tasked with servicing Mr. Miller's policy.
5. Furthermore, Mr. Miller's twenty year payment to the policy were invested in a fund that issued no returns, wasn't monitored by company agents, and was squandered without explanation or notice to Mr. Miller until the policy had a negative value.

## Count III-Negligence

1. Mr. Horne, an agent of LFG, had a duty to turn over all policy premium payments submitted by LFG's insured parties to the company.
2. Mr. Horne, upon breaching his responsibility to submit the policy premium to LFG, failed in his duty as an agent of LFG and failed to serve the interests of Mr. Miller.
3. That failure to submit the policy premium, in part, played a significant role in causing Mr. Miller's policy to be canceled.
4. As a result of the failure to submit the policy premium, Mr. Miller suffered loss of insurance for an extended period of time, financial loss, financial peace of mind and incalculable damages.

After a period of close to 20 years of paying premiums to LFG, Mr. Miller Srs. disability, and the fact that LFG refused to honor a policy underwritten by LFG, Mr. Miller Sr. seeks a monetary award in the amount of $122,000.

We ask for $72,000 which is estimated to be the replacement value of the premiums Mr. Miller would have been entitled to if the Rider agreement would have been honored up until Mr. Miller's 80th birthday or death, and we ask this Court for an award of an additional $50,000 for punitive damages for the breach and for attorney fees as Mr. Miller comes to the Court with clean hands and in no way played a part in having to seek legal recourse for the breaching party's actions.

Wherefore, we pray that judgment be entered against LFG for an amount of $122,000 and we ask the Court to entertain any and all other relief as the Court sees fit.

Humbly Submitted,

Brent Barbour, Esq.
Virginia Bar #86467
434-420-5990

**Certificate of Service**

I, Brent Barbour, Esq. do solemnly swear that I have mailed first class USPS, a true and exact copy of this complaint to LFG at 9030 Stony Point Parkway, Ste. 590, Richmond, Virginia 23235.

```
VALIDATE CASE PAPERS
RCPT : 16000016667
DATE : 08/17/16 TIME: 14:58
CASE : 680CL16000613-00
ACCT : MILLER, GARY K. SR
AMT. :          $308.00
```

3

*4INT14's* Exhibit A

# Lincoln Financial Group

**Universal Life UL3**
**Form 88-135**
**Flexible Premium Adjustable**
**Endowment at Age 95**
**Life Insurance Illustration**

Prepared for:   GARY K MILLER SR        Policy Number JP4294798        Presented by:   Lincoln Financial Group - VDD
Male Age 40                                      Issued 02/28/1994

| Benefit(s) | Class | Protection | Age | Yr Issue | Yrs Run |
|---|---|---|---|---|---|
| UNIVERSAL LIFE | Non-Tobacco-User | $150,000 B-Level | 40M | 1 | 55 |
| Disability Waiver |  |  | 40M | 1 | 25 |

*The initial illustrated premium is $308.87 paid monthly.*

## END OF YEAR PROJECTED VALUES

| Yr | Premium Outlay For Year | End Of Yr Age | Of Withdrwl For Year | Loan Or Repaymt | Interest Credited To Loan | Interest Charged To Loan | Net Cost | Total Loan | Based On Guaranteed Charges And Interest At 4.50% Surr Value | Policy Value | Death Benefit | Based On Non-Guar Current Charges And Int At 4.50% Surr Value | Policy Value | Death Benefit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 3398 | 59 | 0 | 199 | 321 | 122 | 4707 | 1609 | 6316 | 142257 | 2252 | 6960 | 142257 | | |
| 20 | 3706 | 60 | 0 | 215 | 376 | 161 | 5083 | 3144 | 8227 | 141881 | 4532 | 9616 | 141881 | | |
| 21 | 3706 | 61 | 0 | 229 | 229 | 0 | 5312 | 4936 | 10240 | 141652 | 7082 | 12394 | 141652 | | |
| 22 | 3706 | 62 | 0 | 239 | 239 | 0 | 5551 | 6654 | 12205 | 141413 | 9673 | 15224 | 141413 | | |
| 23 | 3706 | 63 | 0 | 250 | 250 | 0 | 5801 | 8275 | 14077 | 141163 | 12289 | 18091 | 141163 | | |
| 24 | 3706 | 64 | 0 | 261 | 261 | 0 | 6063 | 9767 | 15930 | 140901 | 14952 | 21016 | 140901 | | |
| 25 | 3706 | 65 | 0 | 273 | 273 | 0 | 6336 | 11099 | 17439 | 140628 | 17667 | 24003 | 140628 | | |
| 26 | 3706 | 66 | 0 | 285 | 285 | 0 | 6621 | 12462 | 19094 | 140343 | 20595 | 27166 | 140343 | | |
| 27 | 3706 | 67 | 0 | 298 | 298 | 0 | 6919 | 13620 | 20560 | 140045 | 23454 | 30374 | 140045 | | |
| 28 | 3706 | 68 | 0 | 312 | 312 | 0 | 7231 | 14540 | 21771 | 139733 | 26404 | 33636 | 139733 | | |
| 29 | 3706 | 69 | 0 | 326 | 326 | 0 | 7557 | 15195 | 22742 | 139407 | 29357 | 36914 | 139407 | | |
| 30 | 3706 | 70 | 0 | 340 | 340 | 0 | 7897 | 15809 | 23407 | 139067 | 32369 | 40267 | 139067 | | |
| 31 | 3706 | 71 | 0 | 356 | 356 | 0 | 8253 | 15441 | 23694 | 138711 | 35393 | 43647 | 138711 | | |
| 32 | 3706 | 72 | 0 | 372 | 372 | 0 | 8625 | 14891 | 23516 | 138338 | 38453 | 47078 | 138338 | | |
| 33 | 3706 | 73 | 0 | 388 | 388 | 0 | 9013 | 13740 | 22753 | 137951 | 41533 | 50546 | 137951 | | |
| 34 | 3706 | 74 | 0 | 406 | 406 | 0 | 9419 | 11036 | 21256 | 137545 | 44638 | 54057 | 137545 | | |
| 35 | 3706 | 75 | 0 | 424 | 424 | 0 | 9843 | 9004 | 18848 | 137121 | 47762 | 57606 | 137121 | | |
| 36 | 3706 | 76 | 0 | 443 | 443 | 0 | 10287 | 5057 | 15345 | 136677 | 50898 | 61186 | 136677 | | |
| 37 | 2886@ | 77 | 0 | 463 | 463 | 0 | 10750 | 0 | 0 | 136214 | 53281 | 64031 | 136214 | | |
| 38 | 21690 | 78 | 0 | 484 | 484 | 0 | 11234 | 0 | 0 | 135730 | 54854 | 66089 | 135730 | | |
| 39 | 21690 | 79 | 0 | 506 | 506 | 0 | 11740 | 0 | 0 | | 56289 | 68030 | 135224 | | |
| 40 | 21690 | 80 | 0 | 529 | 529 | 0 | 12269 | 0 | 0 | | 57562 | 69832 | 134695 | | |
| 41 | 21690 | 81 | 0 | 553 | 553 | 0 | 12822 | 0 | 0 | | 58541 | 71363 | 134142 | | |
| 42 | 21690 | 82 | 0 | 578 | 578 | 0 | 13399 | 0 | 0 | | 59314 | 72714 | 133565 | | |
| 43 | 21690 | 83 | 0 | 604 | 604 | 0 | 14003 | 0 | 0 | | 59815 | 73819 | 132961 | | |
| 44 | 21690 | 84 | 0 | 631 | 631 | 0 | 14634 | 0 | 0 | | 59961 | 74576 | 132330 | | |
| 45 | 21690 | 85 | 0 | 659 | 659 | 0 | 15293 | 0 | 0 | | 59664 | 74958 | 131671 | | |
| 46 | 21690 | 86 | 0 | 689 | 689 | 0 | 15982 | 0 | 0 | | 58831 | 74813 | 130982 | | |
| 47 | 21690 | 87 | 0 | 720 | 720 | 0 | 16702 | 0 | 0 | | 57479 | 74181 | 130262 | | |
| 48 | 21690 | 88 | 0 | 752 | 752 | 0 | 17454 | 0 | 0 | | 55320 | 72774 | 129510 | | |
| 49 | 21690 | 89 | 0 | 786 | 786 | 0 | 18240 | 0 | 0 | | 52272 | 70512 | 128724 | | |

Based on Guaranteed values the coverage expires in year 37 month 11.

@ The premium has been decreased in order to comply with IRS Guidelines.

Non-guaranteed benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the Company. Actual results may be more or less favorable.

This is an illustration, not a contract, and is not complete without all pages.

Prepared on March 21, 2012            Page 1 of 7            AGT #:1024639/JP0411

# Lincoln Financial Group

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

Prepared for: **GARY K MILLER SR**
Male Age 40    Policy Number JP4294798    Issued 02/28/1994    Presented by:   Lincoln Financial Group - VDD

## END OF YEAR PROJECTED VALUES

| Yr | Premium Outlay For Year | End Of Yr Age | Withdrwl For Year | Loan Or Repaymt | Interest Credited To Loan | Interest Charged To Loan | Net Cost | Total Loan | Based On Guaranteed Charges And Interest At 4.50% Surr Value | Policy Value | Death Benefit | Based On Non-Guar Charges And Int At 4.50% Surr Value | Policy Value | Current Death Benefit |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 50 | 21690 | 90 | | 0 | 822 | 822 | 0 | 19062 | 0 | 0 | 0 | 48279 | 67341 | 127902 |
| 51 | 21690 | 91 | | 0 | 859 | 859 | 0 | 19920 | 0 | 0 | 0 | 43142 | 63063 | 127044 |
| 52 | 21690 | 92 | | 0 | 897 | 897 | 0 | 20817 | 0 | 0 | 0 | 36467 | 57285 | 126147 |
| 53 | 21690 | 93 | | 0 | 938 | 938 | 0 | 21755 | 0 | 0 | 0 | 27739 | 49494 | 125209 |
| 54 | 21690 | 94 | | 0 | 980 | 980 | 0 | 22735 | 0 | 0 | 0 | 16286 | 39022 | 124229 |
| 55 | 21690 | 95 | | 0 | 1024 | 1024 | 0 | 23759 | 0 | 0 | 0 | 743 | 24505 | 123205 |

**Based on Guaranteed values the coverage expires in year 37 month 11.**

@ The premium has been decreased in order to comply with IRS Guidelines.

Non-guaranteed benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the Company. Actual results may be more or less favorable.

This is an illustration, not a contract, and is not complete without all pages.

# IMPORTANT NOTICE:

We are happy to provide inforce illustrations as a courtesy to our customers. Please recognize that illustrations do not change the terms of your existing policy. If you discover an informational error in the illustration, we can supply a correct one. Please contact Lincoln Financial Group at 1-800-487-1485.

Case 6:16-cv-00057-NKM   Document 1-2   Filed 10/04/16   Page 7 of 16   Pageid#: 13

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 28 of 38   Pageid#: 88

**Lincoln Financial Group**

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

Prepared for:  GARY K MILLER SR          Presented by:  Lincoln Financial Group - VDD
Male Age 40       Policy Number JP4294798   Issued 02/28/1994

## EXPLANATION OF ILLUSTRATED BENEFITS

**Universal Life UL3**
A universal life insurance product that combines life insurance protection with a policy value that earns interest on a tax-deferred basis. There is no fixed premium requirement. You may vary the amount and timing of your payments, within certain minimum and maximum premium limits. You may increase the amount of life insurance protection (subject to evidence of insurability) or decrease it (subject to minimums) after the policy has been in force one year. Withdrawals of policy value or decreases in life insurance protection may generate taxable income.

This policy has been assumed by The Lincoln National Life Insurance Company.

The above assumes $   4,467.46 as the beginning fund balance and assumes $   12,072.93 as the total premiums paid, less any withdrawals, to date and begins showing premiums as of the next premium due date on or after 3/21/2012. The above assumes a loan balance of    $4,386.07.

Activity
Yr  14 mth  4,      3036.00 decrease in insurance amount; occuring     1 year.

**Disability Waiver Benefit Rider**
In the event that you become totally disabled for a period of at least four or more consecutive months and such disability occurs before the policy anniversary nearest your 65th birthday, this rider provides that monthly deductions for insurance costs, administrative fees and the costs of any other benefits or coverages will be waived for the period indicated below.

1. If your disability begins before age 60, monthly deductions will be waived while you are disabled.
2. If your disability begins between ages 60 and 63, monthly deductions will be waived while you are disabled up to age 65.
3. If your disability begins between ages 63 and 65, monthly deductions due during the next 24 months will be waived while you are disabled.

The policy value remains intact during your disability and continues to accumulate on a tax-deferred basis at the interest rate then in effect. Deductions made during the initial four-month waiting period will be restored to the policy value. The cost for this benefit is deducted monthly from the policy value.

Case 6:16-cv-00057-NKM   Document 1-2   Filed 10/04/16   Page 8 of 16   Pageid#: 14

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 29 of 38   Pageid#: 89

**Lincoln Financial Group**

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

Prepared for: GARY K MILLER SR
Male Age 40     Policy Number JP4294798    Issued 02/28/1994     Presented by:    Lincoln Financial Group - VDD

## DEFINITIONS OF IMPORTANT TERMS

**Class:** This illustration assumes the policy is issued with the following classification(s):

     Client: Non-Tobacco-User

The actual underwriting class will be assigned when the application is reviewed in accordance with the Company's underwriting standards. If the policy's actual underwriting class differs from that shown above, premiums and/or values will vary from those illustrated. If so, you will receive a revised illustration.

**Protection:** The amount of insurance provided by each illustrated benefit and rider. See the Explanation of Illustrated Benefits page of this illustration for more information. Death Benefit Option B is a level death benefit option. Under this option, the amount payable at death is the larger of the policy face amount or a percentage of the policy value. At higher ages, depending upon the policy value which has accumulated, the death benefit can exceed the face amount.

**Age:** The covered individual's age as of the birthday nearest the issue date of the benefit or rider.

**Yr Issue:** The policy year in which the benefit or rider coverage begins.

**Yrs Run:** The number of policy years for which the benefit or rider coverage continues.

**Expiration Year(s):** Based on illustrated premiums, guaranteed charges and guaranteed interest, coverage will cease in the policy year shown beneath the "Guaranteed Death Benefit" column. Assuming illustrated premiums, current charges and current interest rate, coverage will cease in the year shown beneath the "Non-Guaranteed Current Death Benefit" column.

## GENERAL INFORMATION

**Non-Guaranteed Values**
This illustration assumes that the currently illustrated non-guaranteed elements will continue unchanged for all years shown. This is not likely to occur, and actual results may be more or less favorable than those shown. If actual results are less favorable, the policy owner may need to pay higher premiums than those shown, or resume premium outlays during years in which zero premium outlay is shown.

**7-Pay Premium**
This in-force illustration does not test for the Modified Endowment Contract (MEC) limitation. Such testing was done when the policy was originally issued and will be re-done at the Home Office at the time of any change. Under current tax law, premiums that exceed the MEC limit could subject the policy to taxation of cash withdrawals or loans.

**Tax Advice**
This illustration does not provide tax advice. We recommend you discuss the tax implications of this policy with your tax advisor.

**This illustration was prepared for presentation in Virginia.**

Case 6:16-cv-00057-NKM   Document 1-2   Filed 10/04/16   Page 9 of 16   Pageid#: 15

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 30 of 38   Pageid#: 90

# Lincoln Financial Group

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

Prepared for: **GARY K MILLER SR**
Male Age 40     Policy Number JP4294798    Issued 02/28/1994

Presented by:    Lincoln Financial Group - VDD

## DEFINITIONS OF COLUMN HEADINGS

**Yr:** The policy year or duration since issue of the policy.

**Premium Outlay for Year:** The total premium assumed to be paid each policy year. There is no fixed premium requirement, but there are upper and lower premium limits. The following premiums are based on the illustrated coverage amount at issue; later changes to the policy's benefits, whether illustrated or not, may alter the policy's premium limits.

The upper premium limit is the sum of Guideline Level Premiums for all years to that point or the Guideline Single Premium, whichever is greater. Guidelines are limits imposed by the Internal Revenue Service to prevent the policy from losing the tax advantages of life insurance.

For the first 180 policy months, the minimum monthly premium is the higher of $.00 or the amount required to maintain a positive policy value. After 180 policy months, the minimum premium is the amount required to maintain a positive surrender value.

You may vary the amount and timing of your planned premium payments as long as the minimum premium requirements are met. This may include the termination of premium payments if policy values are sufficient to pay policy charges.

Charges will be deducted from the policy value in all years. The policy value must be adequate to cover all charges if the policy is to remain in force.

**End of Yr Age:** The insurance age, which is the insured's age as of the birthday nearest the policy's issue date, plus the number of years since issue.

**Withdrwl for Year:** The amount of cash disbursement from the policy value in the year shown.

**Loan or Repayment:** The amount borrowed from the policy value, or if a negative number the amount of debt repaid, in the year shown. Loans are illustrated as of the beginning of the year.

**Interest Charged to Loan; Interest Credited to Loan:** The interest charged on policy loans is 8% per annum and that portion of the policy value is currently being credited with 4.50%, for a 3.50% net cost. Beginning in policy year 11, up to 10% of the net policy value may be borrowed each year as a "Preferred Loan" with a "zero net cost" feature. The interest rate charged and credited on Preferred Loans is equal to the guaranteed interest rate. After 20 policy years, all policy values are available with the zero net cost feature.

**Net Cost:** The difference between the interest charged and credited to the loan in the year shown.

**Total Loan:** The total amount of policy debt including interest accumulated through the year shown.

**Surrender Value:** The amount of money the policy owner can receive at the end of the year shown by canceling the policy. The surrender value is equal to the policy value minus any surrender charge and any policy loans.

Surrender values reflect loan activity as shown on the Loan Summary.

**Policy Value:** The amount of the policy's fund at the end of the year shown. The policy's interest credits are based on this amount.

Case 6:16-cv-00057-NKM   Document 1-2   Filed 10/04/16   Page 10 of 16   Pageid#: 16

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 31 of 38   Pageid#: 91

Lincoln Financial Group

Universal Life UL3
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

Prepared for: GARY K MILLER SR
Male Age 40     Policy Number JP4294798    Issued 02/28/1994

Presented by:    Lincoln Financial Group - VDD

## DEFINITIONS OF COLUMN HEADINGS

**Death Benefit:** The amount payable assuming the death of the primary insured at the end of the policy year shown.

Death benefits reflect loan activity as shown on the Loan Summary.

At age 95, the company will pay to the insured an endowment benefit equal to the surrender value.

**Based On Guaranteed Charges and Interest at 4.50%:** The amount charged for life insurance coverage is limited to the maximum amount per $1,000 printed in the policy. The interest rate credited on policy values cannot be less than 4.50% per year. The Surrender Value, Policy Value and Death Benefit in this section assume that the maximum charges apply and that only the guaranteed interest rate is credited for all projected years.

**Based On Non-Guaranteed Current Charges and Interest at 4.50%:** The Surrender Value, Policy Value and Death Benefit in this section are not guaranteed. They assume that the current charges for life insurance coverage and the illustrated interest rate continue unchanged for all years shown. This is not likely to occur. The assumptions on which these values are based are subject to change by the Company. Actual results may be more or less favorable.

The Company currently charges less for life insurance coverage than the maximum amount per $1,000 printed in the policy.

Case 6:16-cv-00057-NKM   Document 1-2   Filed 10/04/16   Page 11 of 16   Pageid#: 17

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 32 of 38   Pageid#: 92

**Lincoln Financial Group**

**Universal Life UL3**
Form 88-135
Flexible Premium Adjustable
Endowment at Age 95
Life Insurance Illustration

| | | | | | |
|---|---|---|---|---|---|
| Prepared for: | GARY K MILLER SR<br>Male Age 40 | Policy Number JP4294798 | Issued | Presented by:<br>02/28/1994 | Lincoln Financial Group - VDD |

## STATEMENTS TO BE SIGNED

### Owner/Applicant

I have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The agent has told me they are not guaranteed.

_____

Owner/Applicant Signature

_____

Date

### Agent

I certify that this illustration has been presented to the applicant and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustration.

_____

Agent Signature

_____

Date

| | | | |
|---|---|---|---|
| Presented by: | Lincoln Financial Group - VDD, Infor<br>100 N Greene Street<br>Greensboro, NC 27401 | Home Office: | The Lincoln National Life Insurance Comp<br>100 North Greene Street<br>P.O. Box 21008<br>Greensboro, NC 27420 |

*Signed illustration must be submitted with application.*

Prepared on March 21, 2012                    Page 7 of 7                    AGT #:1024639/JP0411

Case 6:16-cv-00057-NKM   Document 1-2   Filed 10/04/16   Page 12 of 16   Pageid#: 18

Case 6:16-cv-00057-NKM-RSB   Document 10   Filed 10/13/16   Page 33 of 38   Pageid#: 93

*Exhibit B*

# COMMONWEALTH OF VIRGINIA

JACQUELINE K. CUNNINGHAM
COMMISSIONER OF INSURANCE
STATE CORPORATION COMMISSION
BUREAU OF INSURANCE

P.O. BOX 1157
RICHMOND, VIRGINIA 23218
TELEPHONE: (804) 371-9741
TDD/VOICE: (804) 371-9206
www.scc.virginia.gov/boi

July 8, 2015

Gary K. Miller
208 Chesterfield Rd
Lynchburg VA 24502-2731

File Number: 91164

Dear Mr. Miller:

This letter is in follow up to your recent inquiry to our office regarding Patrick Horne, and your information to him regarding your disability, and your disability policy through Lincoln National Life Insurance Company (Lincoln National). We have reviewed the responses from the agent and from Lincoln National, and can now offer the following.

Lincoln National maintains its position in regard to your previous complaint matter, and that your policy became over loaned and was no longer able to sustain the same amount of premium that you continued to submit. The company further maintains that you did have a Disability Waiver Benefit Rider on your policy, subject to the terms of the Rider. The Rider states that upon receipt of "due proof of the total disability of the Insured, the monthly deductions for this policy will be waived. The company; however, never received any documentation about your disability.

In regard to the agent's statement, Mr. Horne states that you never told him about your disability. More specifically, his exact words are "One thing I can say with conviction is that I want you to please let the record reflect this person never told me about any kind of "Disability" – impending, existing or otherwise – ever." It is important to note that your statement and Mr. Horne's statement are not in agreement; as such, we are not certain of the facts regarding this matter and our office cannot make a determination. Please also realize that matters relating to statements of fact are handled in a court of law, and not by this office. To pursue matters regarding the agent's statement, please contact an attorney and be guided by any legal advice provided.

Mr. Miller, we spoke on the phone, and it appears that your disability occurred prior to January 2014, or prior to the lapse in your policy. Lincoln National indicates that they are sending disability forms out for you and your doctor to complete; however, if you have not received the forms by the time you receive this letter please contact our office. Lincoln National's response implied that the policy lapsed before your disability; however, this is questionable at this time.

Our review is now complete; however, please submit the disability forms to our office as soon as possible. We trust that we have been of assistance to you.

Sincerely,

*Billie D. White*

Billie D. White, FLMI, AIE, ACS
Senior Insurance Market Examiner
Life and Health Division
Telephone No. (804) 371-9393
Toll-Free (877) 310-6560
Fax (804) 371-9944

# COVER SHEET FOR FILING CIVIL ACTIONS

COMMONWEALTH OF VIRGINIA

*Lynchburg*

Case No. .......................................

(CLERK'S OFFICE USE ONLY)

........................................ Circuit Court

*Gary Miller Sr.* v./In re: *Lincoln Financial Group*

PLAINTIFF(S)        DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [ ] attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [✓] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [✓] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of U.S. Currency
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify) ...........................

[✓] Damages in the amount of $ *122,000* are claimed.

[ ] PLAINTIFF   [ ] DEFENDANT   [✓] ATTORNEY FOR   [ ] PLAINTIFF / [ ] DEFENDANT

*Brent Barbour*

DATE

PRINT NAME

*700 19th Street*

ADDRESS/TELEPHONE NUMBER OF SIGNATOR

*Lynchburg VA 24504*

*Brentbarbour@gmail.com*

EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*\* "Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.*

FORM CC-1416

# COMMONWEALTH OF VIRGINIA



LYNCHBURG CIRCUIT COURT
Civil Division
900 COURT STREET P. O. BOX 4
LYNCHBURG VA 24505
(434) 455-2620

Proof of Service

Virginia:
In the LYNCHBURG CIRCUIT COURT

Case number: 680CL16000623-00
Service number: 001
Service filed: August 17, 2016
Judge:

Served by: RICHMOND CITY
Style of case: GARY K MILLER SR vs LINCOLN FINANCIAL GROUP
Service on: LINCOLN FINANCIAL GROUP          Attorney: BARBOUR, BRENT
              9030 STONY POINT PARKWAY
              STE 590
              RICHMOND VA 23235

Instructions:

Returns shall be made hereon, showing service of Summons issued Wednesday, August 17, 2016 with a copy of the Complaint filed Wednesday, August 17, 2016 attached.

Hearing date  :
Service issued: Wednesday, August 17, 2016

─────────── For Sheriff Use Only ───────────

FILED IN THE CLERK'S OFFICE OF THE CIRCUIT
COURT OF THE CITY OF LYNCHBURG
DATE  9-19-16  TIME  10:30 A.M.
TESTE: EUGENE C. WINGFIELD, CLERK

BY: _____ Dep. Clerk

NAME  *Same as front*

☐ PERSONAL SERVICE

Being unable to make personal service, a copy was
delivered in the following manner:

☒ Delivered to person found in charge of usual place of
business or employment during business hours and
giving information to its purport.
*Shirley Blankenship / sales manager*

☐ Delivered to family member (not temporary sojourner
or guest) age 16 or older at usual place of abode of
party named above giving information of its purport.
List name, age of recipient and relation of recipient
to party named above.

☐ Posted on the front door or such other door as appears
to be the main entrance of usual place of abode, address
listed above. (Other authorized recipient not found.)

Served on officer or managing employee who is not
an officer of the corporation.

☐ Evicted                    ☐ Not Evicted
☐ Served on registered agent ☐ Affidavit attached

☐ Not found
☐ NO EFFECTS FOUND

9-13-16
DATE

DEPUTY SHERIFF
Sgt S-756

FOR
Sheriff C. T. Woody, Jr,
City of Richmond

FILED IN THE CLERK'S OFFICE OF THE CIRCUIT
COURT OF THE CITY OF LYNCHBURG

DATE  10/4/16      TIME  1:53p        M.

TESTE: EUGENE C. WINGFIELD, CLERK

BY: _____ JMM _____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

GARY K. MILLER, SR.,                )
                                    )
              Plaintiff(s),         )    Case No. 6:16CV00057
                                    )    State Court No. CL 16-623
v.                                  )
                                    )         O R D E R
LINCOLN FINANCIAL GROUP,            )
                                    )
              Defendant(s).         )

This case was recently removed from the Circuit Court for the City of Lynchburg ("your Court") to the United States District Court for the Western District of Virginia at Lynchburg. This court finding it necessary and proper to do so, it is hereby **REQUESTED** that the original case file in your Court be forwarded to the Clerk of this court at 1101 Court Street, Suite A-66, Lynchburg, VA 24504.

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for the City of Lynchburg.

ENTERED:   October 4, 2016

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE
A TRUE COPY, TESTE:
JULIA C. DUDLEY, CLERK
BY: *Coleman*
DEPUTY CLERK

FILED IN THE CLERK'S OFFICE OF THE CIRCUIT
COURT OF THE CITY OF LYNCHBURG
DATE 10/7/16 ___ TIME 8:30 ___ M.
TESTE: EUGENE C. WINGFIELD, CLERK

BY: _CP_____ Dep. Clerk