IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division
Civil Action No.: 6:16-cv-00057

| | |
|---|---|
| GARY K. MILLER, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN FINANCIAL GROUP,<br><br>　　　　Defendant. | JOINT NOTICE OF SETTLEMENT |

The parties hereby report to the Court that this matter has been settled.

Respectfully submitted, this the 24th day of July, 2017.

s/ *Brent Barbour*　　　　　　　　　　　　s/ *Whit D. Pierce*

Brent Barbour, Esq.　　　　　　　　　　　Robert R. Marcus
Barbour Law Firm, PLLC　　　　　　　　N.C. State Bar No. 20041
VA Bar No. 86467　　　　　　　　　　　　SMITH MOORE LEATHERWOOD LLP
107 Widgeon Court　　　　　　　　　　　101 N. Tryon Street, Suite 1300
Lynchburg, VA 24503　　　　　　　　　　Charlotte, NC  28246
Telephone: 434.420.5990　　　　　　　　Telephone: 704.384.2600
brentbarbour@gmail.com　　　　　　　　Fax: 704.384.2900
　　　　　　　　　　　　　　　　　　　　rob.marcus@smithmoorelaw.com
Attorney for Plaintiff　　　　　　　　　　Admitted pro hac vice

　　　　　　　　　　　　　　　　　　　　Whit D. Pierce
　　　　　　　　　　　　　　　　　　　　VA Bar No. 82520
　　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 46327
　　　　　　　　　　　　　　　　　　　　SMITH MOORE LEATHERWOOD LLP
　　　　　　　　　　　　　　　　　　　　300 N. Greene Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　Greensboro, North Carolina 27401
　　　　　　　　　　　　　　　　　　　　Telephone:  (336) 378-5200
　　　　　　　　　　　　　　　　　　　　Fax:  (336) 378-5400
　　　　　　　　　　　　　　　　　　　　whit.pierce@smithmoorelaw.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant The Lincoln National
　　　　　　　　　　　　　　　　　　　　Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

*s/ Whit D. Pierce*
Whit D. Pierce
VA Bar No. 82520
N.C. State Bar No. 46327
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Fax: (336) 378-5400
whit.pierce@smithmoorelaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*